GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail:   dmaguire@galtonhelm.com
          eshea@galtonhelm.com

Attorneys for Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ELLEN THIVIERGE,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE MILLS PENINSULA HOSPITALS GROUP WELFARE PLAN NUMBER 506 and THE MILLS PENINSULA HOSPITALS GROUP WELFARE PLAN NUMBER 506,<br><br>    Defendants. | CASE NO. C 05-0163 CW<br><br>**STIPULATION FOR LAST DAY BY WHICH TO COMPLETE MEDIATION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiff Ellen Thivierge and Defendants Hartford Life and Accident
2 Insurance Company and The Mills Peninsula Hospitals Group Welfare Benefit Plan
3 Number 506 hereby stipulate and request that the last day for the completion of
4 mediation, currently scheduled for July 15, 2004, be continued for seventy-five days
5 until September 29, 2005.  This is the first extension of this date that has been
6 requested.
7
8  The stipulation is needed to confer with the mediator who was assigned to this
9 case, Charles S. Loughran, and to schedule a mediation date that would be
10 convenient for the schedules of all parties and counsel, including Defendant
11 Hartford which is located out of state.  The parties have scheduled a telephone
12 conference with Mr. Loughran  for Wednesday, July 13, 2005.  The parties will
13 discuss the scheduling of a mediation on that date.  The parties note that the
14 extension requested would not delay the date set by the Court for resolution of this
15 action via a motion pursuant to Rule 52 of the Federal Rules of Civil Procedure.
16 (The last day for Plaintiff to file a Rule 52 Motion is scheduled for October 15,
17 2005.)
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

5191 / 84915.1

2

Case No. C 05-0163 CW
STIPULATION FOR LAST DAY BY WHICH TO
COMPLETE MEDIATION

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

Accordingly, the parties request that the last day for a completion of a mediation be continued from July 15, 2005 to September 29, 2005.

DATED: July 11, 2005        ROBOOSTOPP & KALKIN
                            SCOTT KALKIN


                            By: /s/ Scott Kalkin
                                     SCOTT KALKIN
                            Attorneys for Plaintiff ELLEN THIVIERGE

DATED: July 11, 2005        GALTON & HELM LLP
                            DANIEL W. MAGUIRE
                            EDITH S. SHEA


                            By: /s/ Edith S. Shea
                                     EDITH S. SHEA
                            Attorneys for Defendant HARTFORD LIFE
                            AND ACCIDENT INSURANCE COMPANY

DATED: July 14, 2005        MORGAN, LEWIS & BOCKIUS LLP
                            D. WARD KALLSTROM
                            DONALD P. SULLIVAN


                            By: /s/ Donald P. Sullivan
                                     DONALD P. SULLIVAN
                            Attorneys for Defendant MILLS PENINSULA
                            HOSPITALS GROUP WELFARE PLAN
                            NUMBER 506

**O R D E R**

IT IS SO ORDERED.

DATED: 7/18/05              _____
                            UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge Claudia Wilken

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

5191 / 84915.1

3

Case No. C 05-0163 CW
STIPULATION FOR LAST DAY BY WHICH TO COMPLETE MEDIATION