GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail:  dmaguire@galtonhelm.com
         eshea@galtonhelm.com

Attorneys for Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ELLEN THIVIERGE, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AS ADMINISTRATOR AND FIDUCIARY OF THE MILLS PENINSULA HOSPITALS GROUP WELFARE PLAN NUMBER 506 and THE MILLS PENINSULA HOSPITALS GROUP WELFARE PLAN NUMBER 506, <br><br> Defendants. | CASE NO. C 05-0163 CW <br><br> **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT ORDER** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Plaintiff Ellen Thivierge and Defendants Hartford Life and Accident
2 Insurance Company and The Mills Peninsula Hospitals Group Welfare Benefit Plan
3 Number 506 hereby stipulate and request that the dates set forth in the Case
4 Management Order be continued for approximately thirty days.  Specifically, the
5 parties request that the last day for completion of mediation be continued from
6 September 29, 2005 to October 29, 2005.  The parties also request that the last day
7 for case dispositive motions to be heard be continued from December 2, 2005 to
8 January 13, 2006 (with Plaintiff to file an opening brief by November 25, 2005,
9 Defendant to file an opposition/cross-motion by December 9, 2005, Plaintiff to file a
10 reply/opposition by December 16, 2005, and Defendant to file a surreply by
11 December 23, 2005).
12
13  The continuance is requested to accommodate a conflict in the schedule of the
14 party representative who will attend the mediation in this case on behalf of
15 Defendant Hartford.  That party representative will travel to San Francisco from
16 Connecticut to attend the mediation and has had a scheduling conflict arise for the
17 date when the mediation is currently scheduled – September 26, 2005.  The parties
18 have therefore agreed to reschedule the mediation for October 25, 2005 (the next
19 date available for all parties and counsel) and request this continuance so that the
20 parties can attempt to resolve this case via mediation, prior to filing cross-motions
21 for judgment pursuant to FRCP 52.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

5191 / 87135.1

2

Case No. C 05-0163 CW
STIPULATION FOR CONTINUANCE OF CASE
MANAGEMENT ORDER

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

1  Accordingly, the parties request that the last day for completion of mediation
2  be continued from September 29, 2005 to October 29, 2005 and that the last day for
3  hearing of case dispositive motions be continued from December 2, 2005 to January
4  13, 2006 (with briefing dates to be continued accordingly, as set forth above).

DATED: September 14, 2005          ROBOOSTOFF & KALKIN
                                    SCOTT KALKIN


                                    By: /s/ Scott Kalkin
                                         SCOTT KALKIN
                                    Attorneys for Plaintiff ELLEN THIVIERGE

DATED: September 14, 2005          GALTON & HELM LLP
                                    DANIEL W. MAGUIRE
                                    EDITH S. SHEA


                                    By: /s/ Edith S. Shea
                                         EDITH S. SHEA
                                    Attorneys for Defendant HARTFORD LIFE
                                    AND ACCIDENT INSURANCE COMPANY

DATED: September 12, 2005          MORGAN, LEWIS & BOCKIUS LLP
                                    D. WARD KALLSTROM
                                    DONALD P. SULLIVAN


                                    By: /s/ Donald P. Sullivan
                                         DONALD P. SULLIVAN
                                    Attorneys for Defendant MILLS PENINSULA
                                    HOSPITALS GROUP WELFARE PLAN
                                    NUMBER 506

**O R D E R**

IT IS SO ORDERED.


DATED:  9/19/05                    /s/ CLAUDIA WILKEN
                                    UNITED STATES DISTRICT COURT JUDGE

5191 / 87135.1                          3                Case No. C 05-0163 CW
                                                STIPULATION FOR CONTINUANCE OF CASE
                                                       MANAGEMENT ORDER

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800